IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

A.L., by P.L.B. and P.L.B for herself,

    Plaintiffs,

v.                              CASE NO. 5:13-cv-85-RS-GRJ

JACKSON COUNTY SCHOOL BOARD,

    Defendant.
_____/

## ORDER

    Before me is Plaintiffs' Motion to Treat This Case like One Under Social Security and to Seal Unredacted Amended Complaint with Attachment, and Documents that Contain Educational or Medical Records or Information from Education or Medical Records in This Case (Doc. 7). Defendants have not responded. If the Clerk seals this case, the parties will be unable to file documents electronically. Further, all documents, including orders of the court, will be unavailable to the public.

    **IT IS ORDERED:**

1. The Clerk will not seal the entire case.

2. Any document which either party wishes to file under seal shall be delivered via hard copy to the Clerk.  The Clerk will file such documents under seal, if appropriate.

3. The effective date of such filings will be the date that the Clerk posts the filing on the electronic docket.

4. Any document which either party wishes to file not under seal shall be filed electronically by that party.

**ORDERED** on September 26, 2013.

/S/ Richard Smoak
**RICHARD SMOAK
UNITED STATES DISTRICT JUDGE**