IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

A.L., by P.L.B. and P.L.B for herself,

    Plaintiffs,

v.                              CASE NO. 5:13-cv-85-RS-EMT

JACKSON COUNTY SCHOOL BOARD,

    Defendant.
_____/

## ORDER

The relief requested in Plaintiffs' Motion for Clarification of Order (Doc. 17) is **GRANTED**. In the Order granting Defendant's Motion to Dismiss, the Court dismissed the entire amended complaint and granted leave to amend so the counts only included claims exhausted at the administrative hearing. The administrative hearing only heard claims that arose during the two-year period from November 24, 2008, to November 24, 2010. Plaintiffs may file a third amended complaint not later than November 19, 2013.

**ORDERED** on November 5, 2013.

                                      **/s/ Richard Smoak**
                                      RICHARD SMOAK
                                      UNITED STATES DISTRICT JUDGE