IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA

PANAMA CITY DIVISION

| | |
|---|---|
| A.L., by P.L.B., and ) | |
| P.L.B. for herself ) | |
| Plaintiffs ) | Case No. 5:13-cv-0085-RS-GRJ |
| **vs.** ) | |
| ) | |
| Jackson County School Board, ) | |
| Defendant | |

MOTION FOR EXTENSION TO FILE JOINT REPORT

Comes now, plaintiffs, by and through undersigned counsel, and request an extension to file the Joint Report that is scheduled to be filed January 24, 2014 to Tuesday, January 28, 2014. Plaintiffs' counsel did not get the final draft to Defendant's counsel until yesterday night because of her work load, and opposing counsel, Mr. Harris, was away from his office today. Plaintiffs' counsel believe the joint report may be filed on Monday, but wished to make sure by asking for an extension to Tuesday, January 28, 2014. Plaintiffs' counsel has consulted pursuant to Rule 7.1 with opposing counsel about the extension.

THEREFORE, Plaintiffs request an extension to file the Joint Report until January 28, 2014.

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been filed electronically and furnished thereby by Notice of Electronic Filing to Matthew Fuqua, Bondurant and Fuqua, 4450 Lafayette Street, Marianna, FL, mfuqua@embarqmail.com., and Bob L.Harris, Messer, Caparello & Self, PO Box 15579, Tallahassee FL 32317, bharris@lawfla.com.

Respectfully Submitted this 24th  day of January 2014
/s/ Rosemary N. Palmer
Rosemary N. Palmer
FL Bar #70904
5260 Pimlico Drive
Tallahassee FL 32309
(850) 668-9203
ATTORNEY FOR PLAINTIFFS