IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA

PANAMA CITY DIVISION

| | |
|---|---|
| A.L., by P.L.B., and ) | |
| P.L.B. for herself ) | |
|     Plaintiffs ) | Case No. 5:13-cv-0085-RS-GRJ |
| **vs.** ) | |
| ) | |
| Jackson County School Board, ) | |
|     Defendant | |

PLAINTIFFS' MOTION FOR LATE FILING OF RESPONSE TO DEFENDANTS'
MOTION TO SUBSTITUTE PARTIES

COMES NOW, Plaintiffs, by and through undersigned counsel, and requests the court allow them to late file a response to Defendant's Motion to Substitute Party, on June 3, 2014.   As the court knows, Plaintiffs and their counsel have been trying to complete Defendant's discovery requests that they overlooked and had to respond to the Magistrate's Report and Recommendation, and have upcoming discovery responses due in NDFL case 5:13-cv-178 as well.   Plaintiffs' counsel has not yet heard from either AL or PLB that they were served with the motion as required by Fed. R. Civ. Pro 25.   PLB has been substantially unable to help counsel because of medical reasons since before May 6, 2014.

And Plaintiffs' counsel is impaired as well and has simply been unable to get it done (in fact inadvertently missed the deadline for filing a motion for extension to respond because of her disability).   Plaintiffs' counsel has a disability that impacts her ability to work at all on many days.   Of course she acknowledges that she should have

asked for an extension before the time had expired, but she was also unable to do so because of her disability (documentation of which has previously been provided the court). She is a sole practitioner with mostly indigent clients who has no resources to pay for someone to help her do what she cannot do for herself.

Plaintiffs request the reasonable accommodation of allowing them to late file their response to the motion by June 3, 2014, which will allow them to continue to work on the discovery responses and their own discovery requirements that need to be complete by the end of May, and accommodates their and their counsel's disabilities.

Undersigned consulted with opposing counsel pursuant to local rules, who object to this motion.

Submitted this 15th day of May 2014.

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been filed electronically and furnished thereby by Notice of Electronic Filing the above date to Bob L.Harris, Messer, Caparello & Self, PO Box 15579, Tallahassee FL 32317, bharris@lawfla.com.

Respectfully Submitted.
/s/ Rosemary N. Palmer
Rosemary N. Palmer
FL Bar #70904
5260 Pimlico Drive
Tallahassee FL 32309
(850) 668-9203
ATTORNEY FOR PLAINTIFFS