UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

A.L. and P.L.B.

    Plaintiffs,

vs.                                                                       CASE NO.: 5:13-cv-00085-RS-GRS

JACKSON COUNTY SCHOOL BOARD,

    Defendants.

_____/

## DEFENDANT'S NOTICE OF FILING ADMINISTRATIVE RECORD

Defendant, JACKSON COUNTY SCHOOL BOARD, by and through the undersigned counsel, hereby gives notice of filing the administrative record in this matter.[1]

                                                      */s/ Bob L. Harris*
                                                      **BOB L. HARRIS**
                                                      Florida Bar No. 0460109
                                                      bharris@lawfla.com
                                                      **JAMES J. DEAN**
                                                      Florida Bar No. 0832121
                                                      jdean@lawfla.com
                                                      **S. DENAY BROWN**
                                                      Florida Bar No.: 88571
                                                      dbrown@lawfla.com
                                                      MESSER CAPARELLO, P.A.
                                                      P.O. Box 15579
                                                      Tallahassee, FL 32317
                                                      Telephone:    (850) 222-0720
                                                      Facsimile:    (850) 558-0662
                                                      *Counsel for Jackson County School Board*

---

[1] While Defendant acknowledges that it is Plaintiffs' responsibility to file the administrative record in this matter, Defendant is currently forced to file the record itself as Plaintiffs have thus far failed to do so and the filing of such record is currently necessary in order to enable this Court to consider and rule on Defendant's Motion for Judgment on the Record, filed of even date herewith.

      */s/ H. Matthew Fuqua*
**H. MATTHEW FUQUA**
Florida Bar No. 0451101
mfuqua@embarqmail.com
BONDURANT & FUQUA, P.A.
4450 Lafayette Street (32446)
Post Office Box 1508
Marianna, Florida 32447
Telephone: 850-526-2263
Facsimile:  850-526-5947

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 4, 2014, I electronically filed the foregoing Motion with the Clerk of the Court for the Northern District of Florida by using the CM/ECF system. I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

      */s/ Bob L. Harris*
**BOB L. HARRIS**