## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

**A.L. and P.L.B.,**

     **Plaintiffs,**

**v.**                             **CASE NO. 5:13-cv-85-RS-GRJ**

**JACKSON COUNTY SCHOOL BOARD,**

     **Defendant.**

_____/

## ORDER

A show cause hearing was held Tuesday, August 19, 2014, at which counsel for the Plaintiff and Defendant were present to address Rosemary Palmer's ability to competently represent her clients. On consideration of the arguments presented, the Court made the following rulings:

1. Attorney Rosemary Palmer is no longer permitted to represent Plaintiffs in this case as the sole trial counsel. She shall use her best efforts to associate co-counsel not later than September 1, 2014. In the event that she is unable to associate co-counsel, she shall file a status report not later than September 1, 2014, which shall provide in detail the efforts she has made to obtain co-counsel.

2. Additionally, in the event that an attorney has not filed an appearance in this case as co-counsel with Ms. Palmer, Ms. Palmer shall file not later than

September 1, 2014, a proposed letter that the Court can send to legal aid associations and to the Florida Bar notifying attorneys of an opportunity to provide pro bono representation to Plaintiffs as co-counsel with Rosemary Palmer.

3. Finally, the Parties shall file any dispositive motions not later than August 26, 2014.

**ORDERED** on August 20, 2014.

/s/ **Richard Smoak**
**RICHARD SMOAK**
**UNITED STATES DISTRICT JUDGE**