IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF FLORIDA

PANAMA CITY DIVISION

| | |
|---|---|
| A.L. and P.L.B., )<br>    Plaintiffs )<br>.                                                          )     Case No. 5:13-cv-0085-RS-GRJ<br>                                                           )<br>Jackson County School Board,         )<br>    Defendant | |

PLAINTIFFS' MOTION TO EXTEND DATE FOR FILING DOCUMENTS DUE OCTOBER 2, 2014 TO MONDAY, OCTOBER 6, 2014

Comes now, Plaintiffs, by and through undersigned counsel, and requests the court extend the time for filing the documents the court ordered be filed by Thursday, October 2, 2014 to Monday, October 6, 2014.  Plaintiffs' counsel has worked diligently to try to make the court's deadline work and complete the documents but will not have sufficient time to do so and attend her daughter's graduation ceremony from sheriff's academy in Orlando FL on October 1, 2014.  Plaintiffs request the two weekday extension so that her daughter can have the family support she needs for this milestone.

Plaintiffs' counsel contacted opposing counsel who has not responded, but has previously been told JCSB objects to all extensions, and presumes it also opposes this request.

THEREFORE, Plaintiffs request an extension from the October 2, 2014 date to Monday October 6, 2014 to file the documents.

Submitted this 28th day of September 2014.

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing document has been filed electronically and furnished thereby by Notice of Electronic Filing the above date to Bob L.Harris, Messer, Caparello & Self, PO Box 15579, Tallahassee FL 32317, bharris@lawfla.com.

Respectfully Submitted.
/s/ Rosemary N. Palmer
Rosemary N. Palmer
FL Bar #70904
5260 Pimlico Drive
Tallahassee FL 32309
(850) 668-9203
ATTORNEY FOR PLAINTIFFS